```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19250
   RAYMOND T MCCOY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3796


---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
      The case was filed on 10/18/2007 and was confirmed 01/07/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  69.00%.

      The case was dismissed after confirmation 06/16/2008.
---------------------------------------------------------------------
 CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------
 ILLINOIS DEPT OF REVENUE  UNSECURED          50.25           .00            .00
 INTERNAL REVENUE SERVICE  PRIORITY         9285.99           .00            .00
 CITY OF CHICAGO DEPT OF   UNSECURED       NOT FILED          .00            .00
 ALLIANCEONE RECEIVABLES   UNSECURED       NOT FILED          .00            .00
 HARRIS & HARRIS           UNSECURED       NOT FILED          .00            .00
 LASALLE NATIONAL BANK     UNSECURED       NOT FILED          .00            .00
 MACON COUNTY CLERK        UNSECURED       NOT FILED          .00            .00
 MED BUSINESS BUR          UNSECURED       NOT FILED          .00            .00
 PROFESSIONAL ACCOUNT MGM  NOTICE ONLY     NOT FILED          .00            .00
 ST MARGARET MERCY HEALTH  UNSECURED       NOT FILED          .00            .00
 TCF NATIONAL BANK         UNSECURED       NOT FILED          .00            .00
 VILLAGE OF MARKHAM        UNSECURED       NOT FILED          .00            .00
 INTERNAL REVENUE SERVICE  UNSECURED        5335.91           .00            .00
 ILLINOIS DEPT OF REVENUE  PRIORITY          385.08           .00            .00
 JOHN C DENT               DEBTOR ATTY     3,359.00                       1,286.62
 TOM VAUGHN                TRUSTEE                                          111.88
 DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
 TRUSTEE              1,398.50

 PRIORITY                                     .00
 SECURED                                      .00
 UNSECURED                                    .00
 ADMINISTRATIVE                           1,286.62
 TRUSTEE COMPENSATION                       111.88
 DEBTOR REFUND                                .00
                    ---------------      ---------------
 TOTALS               1,398.50             1,398.50

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 19250 RAYMOND T MCCOY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 07 B 19250 RAYMOND T MCCOY